**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MARSHALL GATES,            )<br>            Plaintiff,            )<br>            )<br>vs.            )<br>            )<br>WARDEN DAVID ROBINSON,            )<br>            Defendant.            )<br>            ) | No. C 07-03047 JW (PR)<br><br>JUDGMENT |

On June 12, 2007, plaintiff filed this pro se civil rights action, along with an application to proceed in forma pauperis. The same day, the clerk of the court sent a notice to plaintiff that the application was deficient because: 1) plaintiff did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized prison official; 2) plaintiff did not attach a copy of plaintiff's trust account statement showing transactions for the last six months; and 3) page three of the application was missing. The notice stated that plaintiff must respond within thirty days or the case would be dismissed. The deadline has since passed, and plaintiff has not complied.

For the reasons stated above, this case is DISMISSED without prejudice. The clerk shall close the file.

DATED: August 27, 2007

/s/ James Ware
JAMES WARE
United States District Judge

Judgment
N:\Pro - Se\8.29.2007\07-03047 Gates03047_judgment-ifp.wpd