

COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983

Name Gates David Marshall J-60908
(Last) (First) (Initial)

Prisoner Number J60908

Institutional Address Coalinga State Hospital PO Box 5003

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

(Enter the full name of plaintiff in this action.)

Case No. C 07-3134
(To be provided by the Clerk of Court)

COMPLAINT UNDER THE
CIVIL RIGHTS ACT,
Title 42 U.S.C § 1983

(Enter the full name of the defendant(s) in this action)

[All questions on this complaint form must be answered in order for your action to proceed.]

I. Exhaustion of Administrative Remedies.

[Note: You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A. Place of present confinement _____

B. Is there a grievance procedure in this institution?
YES ( )   NO ( )

C. Did you present the facts in your complaint for review through the grievance procedure?
YES ( )   NO ( )

D. If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

COMPLAINT - 1 -

Chandler act
McKitrick,
Parrot act
and all acts listed on the attached

and serving notice McPhearson act

_David Aikon Robinson_

I declare under penalty of perjury that the foregoing is true and correct.

Sworn Aikon Robinson
532-[illegible]

Signed this 3rd day of Aug, 20__

and Grace Olive Robinson
Rotha
Ramchand   U.S. Marshal act   Eden Ben McBrittion
557-66-526
(Plaintiff's signature)

533-34-332[?]

Federal Grand Jury
Foreman JG 389

JG-2371 Examiner

Dept of Defense    198 Winchester act
Eisenwine act    A-18    Dept of Defense
Judge Justice Edeke Ben Eisenwine
866 First @ Salt Lake act J6615
DL-22447-NB

Doctor Director
Center for Disease Control
Defend    Dr. Farr R. Pleonik
US Marshal M-22-123
The    Eisenwine Law act
Judge, Justice    Dept of Defense

Page 9

Date
8/12/07
COMPLAINT
-4-

McPherson
7/1/29
and Bank
Between
2-07-07
Invols

Olive Robinson Ranch Act
US Marshal Co. as interior FBI F589
1963 ROBINSON-Nunn  Birth assignment names

Eduke Eisenwine General    SSN 547-40-82116  Eduke Eisen wife
and US Senator acts 1-100 vs 10.008   actual DOB Oct 10, 1947
v 1962 War Powers      Adopted by Robert Gates CIF
act Dept of Def cmpt                    CIA as director at
Col's and above Gun Act              1 week old, Favor to my
BQ held 5 star    SSN 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 Navy  David Marshall
in 4 Brothers Branches            Gates
atomic Air Force A-4743    1 week and 5 days old
Nuclear - Navy L-1741 adopted by  Guy Mike Robinson
Because of David Marshall Gates   adopted me with
Army O-4171  General acts 1-100  assign name David
marines M-71          Marshall Robinson
The Complete act         Jones Act
Selected for Federal Grand Jury and
1986 reminder                         acts
name in Federal Law - First Grand Jury 1-20
FORMAN of Federal Grand second  act Federal
For Federal Directory    Grand BPQ sheet
First Salt Lake act Dept of Defense
Corp. and Mc Ferrin Marshall act 11
1978 Skidmore and First 2nd Grade
Jelley acts ID me kidnapped Several
Hundred times From 61 Corp enter De Hollis
1986 2276 Gates Place Cross Valley
1986 Winchester announced my Federal Administrat
Per First Salt Lake act and
Violent Death act traumatic name
no cs SR Administrator and Rasmussen act
David Marshall Gates Several acts 1-100
TOP Ranked a founder of military
First Salt Lake Co. Paul Marshals Gates

Received
From D. Gates
11/7/06

Attorney
David Marshall
Gates
A-212
BARR
all been
mentioned
act Invoked
A-18
US atty
(OVER)

CISCO, CALIFORNIA 94102  A-212 Bankruptcy
OFFICIAL BUSINESS
ALTY FOR PRIVATE USE $300

Emergency Stay lawsuit stand waiting on C RR Bankruptcy

Gen DAVID MARSHALL Gates General Eisenhower General address 1-Road

Dr DR DL 12 FF TMS States Sonitor Director Center for Disease control

US 1010 *3* McCarthy $99-94- David ULRow
Eisenhower General act 9
San Attorney O-4171  Edike Bam  RoBinson (?) 532-734-7620 ROBinson
US 10103

David M. Gates A-212 Bonderla
Gen Coalinga State Hospital
Air Force PO Box 5003
Gen 6 star A-14713  Coalinga Ca 93210  Dept of Defense Computer

Alt Recovery Sgt #1141  Dept Of Defense computer running etc
Stor Mumber 2 McCartney
Sgt Raymond Liam Fiette wct  1963 Robinson-running etc
Sig Fed Cont ORca computer  1975 Skidmoors 1986 Winchester

GRACE Alice Robinson  Violent death act an
            involuntary Dept Performance
Ramsland S moneyhun  #142 Gift ship  1982 Valley act
and C.I.A company out  First SR Green  of
Bank Behavior Tittles.  Dept Salt Lake act gen Ramini
                                                                                several acts
                                                             Con Prold mueller Data Japan expdn
Frost C Randall Jerry  official journal Dept of
                                1967 Wam POW CIS act
FR File JC-3808-3843
A-212

# CA Department of Mental Health
# Wellness and Recovery Model Support System

## WELLNESS AND RECOVERY PLAN

| INDIVIDUAL'S NAME: | Gates, David | | | | |
|---|---|---|---|---|---|
| DATE: | 8/27/07 | ☐ 7-DAY MASTER | ☐ MONTHLY | CASE NUMBER: | CO-000318-6 |
| | | ☐ BI WEEKLY | ☒ QUARTERLY | ☐ TRANSFER | |
| | | | | ☐ ANNUAL | |

**DIAGNOSIS:** *(Begin with principal diagnosis if the individual has multiple Axis I or Axis II diagnoses).*

| Axis I | 295.30 Schizophrenia Paranoid Type, continuous |
|---|---|
| Axis II | V71.09 No Diagnosis |
| Axis III | Hypertension / Dyslipidemia / Obesity / Hearing Loss |
| Axis IV | Incarceration / Chronic Mental Illness |
| Axis V | Current GAF: 40    Last Quarterly GAF: 30 |

**Legal Status:** 2684 ~~Mentally~~ ill Prisoner

**CASE FORMULATION:** *(Succinct analysis and integration of interdisciplinary assessments in the "6 P Format", including risk evaluation, which provides an understanding of the individual's situation, treatment and recovery needs).*

Pertinent History

Due to the nature of Mr. Gates' mental illness he is a very ~~unreliable his~~ therefore this document may contain conflicting information.

David ~~Gates~~ is a ~~80~~ year-old (DOB: 4/7/1948), Caucasian Male admitted to Coalinga State Hospital on 5/30/06 under the section 2684 of the Penal Code. He has been referred from California Men's Colony - East. His county of Commitment is Nevada.

Mr. Gates stated that he was born in Marysville, CA and was raised in ~~Grass Valley, CA.~~ Records indicate that he was the ~~second~~ child born in a family of ~~three~~ children. Mr. Gates reported to previous evaluators that his childhood was normal and that he had never experienced any physical or sexual abuse. Records indicate that his mother ~~passed~~ away at the age of ~~25~~ years. His younger half brother's son died in a forestry accident in 1983 and he ~~strangled~~ his father in 1993. Records indicate that he was married in 1975, in ~~Hollister,~~ CA and the marriage was dissolved in ~~1987.~~ He has a 23 year old son and 27 year old daughter from ~~the marriage.~~ The last familial contact that Mr. Gates had was with his nephew, prior to 1993.

Records indicate that Mr. Gates had reported to prior evaluators of graduating in ~~1966~~ from Nevada Unit High School. He had also reported having attended one semester at ~~Sierra Junior~~ College from ~~1970~~ to ~~1972~~ and took some classes at ~~California State University, Hayward~~ between ~~1972~~ and ~~1974.~~ He also indicated receiving a Master's degree in Business

Page 1 of 19

| WELLNESS AND RECOVERY PLAN | INDIVIDUAL'S IDENTIFYING INFORMATION |
|---|---|
| Confidential Patient Information / See W&I Code Section 5328 / Filing Guidelines Assessment / [Coalinga State Hospital] | Name: Gates, David / Case Number: CO-000318-6 / Program: 3    Unit: 9 |

MH Form # Pending (03/17/2005)

# CA Department of Mental Health
## Wellness and Recovery Model Support System
### WELLNESS AND RECOVERY PLAN

Administration from Stanford University. At Coalinga State Hospital, Mr. Gates reported receiving a pharmacist license after being educated at Stanford University. He stated that he completed his two years of internship upon discharge from the military.

Mr. Gates stated that he has served in the US Military and Navy. He reported learning to fly an aircraft at the age of 18 years and became a strategic pilot by 18 and ½ years and flew C-130s. He mentioned being posted at Anchorage, Missouri, Vietnam and Indiana, after which he joined the Navy. While in the community, Mr. Gates described managing and acquiring ranches, raising steers and corn, and managing a logging and timber company. No substantiating information is available to confirm the validity of these events.

Mr. Gates has no juvenile criminal history. His first and only ~~adult criminal~~ offense is the violation of one count of PC ~~187~~, Second Degree Murder of his father and has been sentenced 15 years to life.

**Precipitating Factor**

Mr. Gates was transferred from California Men's Colony-East (CMC) to Atascadero State Hospital (ASH) on 11-08-04. Reasons for his admission include a suicide attempt, and experiencing psychotic and depressive symptoms. His psychotic symptoms included: auditory hallucinations and delusions. The auditory hallucinations consisted of males voices that were self derogatory in nature. Mr. Gates delusions are related to a grandiose self-excusatory ~~paranoid~~ belief system. His depressive symptoms included: thoughts of suicide, feelings of hopelessness, excessive sleeping, frequent tearfulness, feelings of guilt, and depressed mood. Mr. Gates reported that his auditory hallucinations started in 1993.

**Predisposing Factors**

Due to Mr. Gates being a very ~~unreliable~~ informant as to the specifics of his past history, no significant developmental factors are noted at this time. Mr. Gates denies a family history of mental illness ~~or~~ suicide attempts. In addition, Mr. Gates denies a history of being sexually or physically abused.

**Perpetuating Factors**

Mr. Gates has a suicide attempt history. There is conflicting information regarding exact dates and number of attempts between Mr. Gates' self report and previous records. He reported that his first attempt occurred in 1995 as he tried to hang himself while incarcerated CMC-East prison. Mr. Gates stated that this attempt was due to not being able to sleep for an extended period of time. The second attempt occurred in 2004 at CMC-East prison where he again tried to hang himself. His reasons for the attempt were related to feelings of hopelessness and being worried about his children. Previous records indicate additional attempts in 1993 and 1994.

Page 2 of 19

| WELLNESS AND RECOVERY PLAN | INDIVIDUAL'S IDENTIFYING INFORMATION |
|---|---|
| Confidential Patient Information<br>See W&I Code Section 5328<br>Filing Guidelines Assessment<br>Coalinga State Hospital | Name: Gates, David<br>Case Number: CO-000318-6<br>Program: 3        Unit: 9 |

MH Form # Pending (03/17/2005)

# CA Department of Mental Health
## Wellness and Recovery Model Support System

## WELLNESS AND RECOVERY PLAN

Mr. Gates current controlling offense is related to the ~~murder~~ 1/2 Brother of his ~~biological father~~. This may have been a significant stressor that exacerbated his symptoms of mental illness. Mr. Gates denies using any substances in the past.

None    U S Marshall    m-44831

**Previous Treatments and Response**

Mr. Gates reported that he first began utilizing mental health services in 1993 while incarcerated in CDC. However, records indicate that Mr. Gates was admitted to Dominican Hospital in Santa Cruz in 1989 for psychiatric treatment. In addition he was hospitalized at the Veterans' Administration (VA) in Salt Lake City Utah in 1992. He was admitted on a 1370 commitment to ASH and Patton State Hospital (PSH) in 1993 following his controlling offense. Mr. Gates discharge diagnosis from PSH was Schizophrenia, paranoid type, chronic.

Mr. Gates was admitted to ASH from CMC-East a second time on 11-30-00 until 02-06-02. The reasons for his admission were due to auditory hallucinations, isolating behavior, paranoid ideation and depressed mood. The ASH diagnoses at that time included Schizophrenia, paranoid type and a GAF of 30. Medications he received included: Risperdone 4 mg, Olansapine 5 mg daily, Trazadone 50 mg and Effexor 225 mg, and Buspirone 30 mg twice a day. Reports indicate that at the time of his ASH discharge in 2002 he was still experiencing a variety of psychiatric symptoms, these included: fixed delusions as to the conspiratorial Mafia killing of his father, auditory hallucinations and depressed mood symptomology. During his third stay at ASH he was involved with unit government and was reportedly working well in the laundry.

Prior to his third ASH admission, while at the California Department of Corrections (CDC), Mr. Gates received diagnoses of Schizophrenia, paranoid type with the addition of Depressive Disorder not otherwise specified.

Mr. Gates' third admission to ASH was on 11-08-2004. While at ASH Mr. Gates reported that he attended Symptom Management, Managing Medications and Communication Skills.

Since his arrival at CSH, Mr. Gates has been medication compliant and cooperative with unit rules and staff. Most of his days consisted of spending time in his room and isolating from interactions with peers and staff. He attends most of his assigned groups. Over the course of his stay, Mr. Gates' participation during groups has improved as he has been able to follow class instruction and pay attention to course content. He has maintained adequate hygiene. Mr. Gates has reported that his auditory hallucinations have decreased due to his psychotropic medication regimen. Mr. Gates has shown improvement with his ability to maintain

---

Page 3 of 19

| WELLNESS AND RECOVERY PLAN | INDIVIDUAL'S IDENTIFYING INFORMATION |
|---|---|
| Confidential Patient Information<br>See W&I Code Section 5328<br>Filing Guidelines Assessment<br>[Coalinga State Hospital]<br>MH Form # Pending (03/17/2005) | Name: Gates, David<br>Case Number: CO-000318-6<br>Program: 3    Unit: 9 |

9/6/07

Judge Epicke Ben Eisenwine Eisenwine