David Marshall
Coalinga State Hospital
PO Box 5003
Coalinga, Calif
93210

Legal mail

U.S. District Court   07-3047
280 S. First St        JW
San Jose, Calif
95113